UNITED STATES of America,
Plaintiff—Appellee,

v.

Jaime MONZON–SILVA, Defendant—
Appellant.

No. 05–50716.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted July 24, 2006.*

Decided July 28, 2006.

Mark R. Rehe, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kris J. Kraus, Esq., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

This is an appeal from the sentence imposed upon revocation of supervised release. A review of the record indicates that the appeal is moot because the custodial term has ended and Appellant was not sentenced to a term of supervised release to follow his custodial sentence. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**APPEAL DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.